AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| D'ANGELO DUNLAP | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 26, 2015  in the county of  Washington  in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | by intimidation, attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of TD Bank, the deposits of which were the insured by the Federal Deposits Insurance Corporation. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

STACEY CAREY, Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/28/2015

*Judge's signature*

City and state: Washington, DC    G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*